60 Motor Parkway
Commack, NY 11725-5710

**FORSTER & GARBUS LLP**
*A NEW YORK LAW FIRM*

| | |
|---|---|
| RONALD FORSTER - Adm. in NY Only | ANNETTE T. ALTMAN - Adm in NY Only |
| MARK A. GARBUS - Adm. in NY Only | MICHAEL C. DIGIARO - Adm in NY & NJ |
| EDWARD J. DAMSKY - Adm. in NY Only | MICHAEL J. FLORIO - Adm in NY Only |
| JOEL D. LEIDERMAN - Adm. in NY Only | AMY GAVLIK - Adm in NY Only |
| | TESS E. GUNTHER - Adm in NY & CT |
| | TARAH JORDAN - Adm in NY & FL |
| | VALERIE E. WATTS - Adm in NY Only |

**PERSONAL & CONFIDENTIAL**



April 18, 2019

BALANCE DUE ▸ $1,138.75
Reference Number ▸ Q60568724543
Account Number ▸ XXXXXXXXXXXX3812
Creditor to Whom the Debt is Owed: LVNV FUNDING LLC
AS PURCHASER OF AN ACCOUNT ORIGINALLY OWNED BY CREDIT ONE BANK, N.A.
Current Owner ▸ LVNV FUNDING LLC
1-631-393-9400
1-800-823-0691 Ext. 679
TTY/TDD: (631) 393-8368
Representative Name: MR COHEN
Monday thru Thursday 8:00AM – 9:00PM EST
Friday 8:00AM – 5:00PM EST
Control Number: 7080828
Our Client's NYC DCA License# 1326179
Default date: 01/26/2015

CARLOS FLORES
140 W 104TH ST APT 14C
NEW YORK NY 10025-4205

Dear Carlos Flores,

A judgment has been duly entered in court against you.

Unless satisfactory arrangements are made with this office to pay the full judgment balance, judgment enforcement proceedings may be instituted as provided by the New York Civil Practice Law and Rules Article 52, to secure payment thereof.

If interest or other charges or fees accrue on this account, after the date of this letter, the amount due on the day you pay may be greater.

All payments must be made payable to Forster & Garbus, as attorneys, and sent to this office. Please note that we are required, under federal law, to advise you that we are debt collectors and any information we obtain will be used in attempting to collect this debt.

Please visit our website, www.forstergarbus.com, if you wish to make a payment on your account using your debit card.
Please use the Control Number listed above when making a payment on the website.

---

Forster & Garbus LLP NYC DCA LICENSE # 2045675
Office Location: 60 Motor Parkway • Commack, NY 11725-5710

MAKE CHECK PAYABLE TO: **FORSTER & GARBUS LLP as attorneys** AND RETURN COUPON WITH PAYMENT TO PO BOX 9030, Commack, NY 11725-9 ENCLOSED ENVELOPE       ▲ DETACH

CARLOS FLORES
140 W 104TH ST APT 14C
NEW YORK NY 10025-4205

BALANCE DUE ▸ $1,138.75
Reference Number ▸ Q60568724543
Creditor to Whom the Debt is Owed: LVNV FUNDING LLC
AS PURCHASER OF AN ACCOUNT ORIGINALLY OWNED BY CREDIT ONE BANK,
Rep. Code ▸ 3N
Date ▸ April 18, 2019

➔ Please Note Current        BEST TIME TO CALL

Home Phone # _____  _____

Work Phone # _____  _____

Cell Phone # _____  _____

Q60568724543

Forster & Garbus LLP
PO Box 9030
Commack, NY 11725-9030

## NOTICE TO JUDGMENT DEBTOR OR OBLIGOR

Money or property belonging to you may have been taken or held in order to satisfy a judgment or order which has been entered against you. Read this carefully.

## YOU MAY BE ABLE TO GET YOUR MONEY BACK

State and Federal laws prevent certain money or property from being taken to satisfy judgments or orders. Such money or property is said to be "exempt". The following is a partial list of money which may be exempt:

1. Supplemental security income (SSI);
2. Social Security;
3. Public assistance (welfare);
4. Alimony or child support;
5. Unemployment benefits;
6. Disability benefits;
7. Workers' compensation benefits;
8. Public or private pensions;
9. Veteran's benefits;
10. Ninety percent of your wages or salary earned in the last sixty days;
11. Two thousand six hundred twenty-five dollars of any bank account containing statutorily exempt payments that were deposited electronically or by direct deposit within the last forty-five days, including but not limited to, your social security, supplemental security income, veterans benefits, public assistance, workers' compensation, unemployment insurance, public or private pensions, railroad retirement benefits, black lung benefits, or child support payments;
12. Railroad retirement; and
13. Black lung benefits.

If you think that any of your money that has been taken or held is exempt, you must act promptly because the money may be applied to the judgment or order. If you claim that any of your money that has been taken or held is exempt, you may contact the person sending this notice.

Also, YOU MAY CONSULT AN ATTORNEY, INCLUDING LEGAL AID IF YOU QUALIFY. You can also go to Court without an attorney to get your money back. Bring this notice with you when you go. You are allowed to try to prove to a judge that your money is exempt from collection under New York civil practice law and rules, sections fifty-two hundred twenty-two-a, fifty-two hundred thirty-nine and fifty-two hundred forty. If you do not have a lawyer, the clerk of the court may give you forms to help you prove your account contains exempt money that the creditor cannot collect. The law (New York Civil Practice Law and Rules article four and sections fifty-two hundred thirty-nine and fifty-two hundred forty) provides a procedure for determination of a claim to an exemption.

Please note that we are required, under Federal Law, to advise you that we are debt collectors and any information we obtain will be used in attempting to collect this debt.

FORSTER & GARBUS LLP
Attorneys for Plaintiff
P.O. Box 9030
60 Motor Parkway
Commack, NY 11725-5710
(631)393-9400