

PROVEST LLC
320 CARLETON AVE, STE.2600
CENTRAL ISLIP, NY, 11722
(631) 666-6168

FORSTER & GARBUS, LLP
60 VANDERBILT MOTOR PKWY
COMMACK, NEW YORK 11725

## CIVIL COURT OF THE CITY OF NEW YORK COUNTY OF NEW YORK

INDEX # 26325/2018

LVNV FUNDING LLC,
                          Plaintiff,

        Against

CARLOS FLORES

                          Defendants,

**AFFIDAVIT OF SERVICE**

I, William Cancroft, being first duly sworn, depose and say as follows:

I am not a party to this action, I am over 18 years of age and I reside in the State of New York.

On 11/6/2018 at 3:12 PM at 140 W 104TH ST APT 14C NEW YORK, New York 10025, I served the within SUMMONS & COMPLAINT, bearing index #26325/2018, filed 10/26/2018 on CARLOS FLORES, defendant therein named,

**(X) SUITABLE AGE PERSON**: By delivering thereat a copy of each to, Ana Flores, FAMILY MEMBER, a person of suitable age and discretion. I also asked this person whether said premises was the defendant's dwelling place/usual place of abode and the reply was affirmative. I then asked this person whether he or she resided at said premises with the defendant and the reply was also affirmative.

**(X) MAILING**: On 11/9/2018 I also enclosed a copy of same, in a prepaid sealed, first class wrapper marked personal and confidential, properly addressed to defendant and mailed to defendant at 140 W 104TH ST APT 14C NEW YORK, New York 10025 by depositing said wrapper in a post office of the United States Postal Service within the state of New York.

**Description of Person Served:**
**AGE:** 48  **SKIN TONE:** WHITE  **GENDER:** FEMALE  **WEIGHT:** 130-150 LBS  **HEIGHT:** 5FT4IN-5FT7IN  **HAIR:** BLACK

**MILITARY SERVICE** [X] I asked the person spoken to whether the defendant was in active military service of the United States or of the State of New York in any capacity whatsoever and received a **NEGATIVE** reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York or of the United States as that term is defined in either the State or Federal statutes.

LICENSE # 2032440
FILE # Q60568724543
CASE ID # 5323742

STATE OF NEW YORK
COUNTY OF _____ NY _____

Sworn to and subscribed before me this 13 day of Nov, 2018, by William Cancroft (affiant name).

_____
Signature of Notary Public

_____
Print, Type or Stamp Notary's Commissioned Name

Personally known  X  OR  Produced Identification _____
Type of Identification Produced _____

KEVIN MCCARTHY
NOTARY PUBLIC, State of New York
No. 01MC6163828
Qualified in Nassau County
Commission Expires 06/06/2019

GEN 7.18