

## Contact

Let us know how we can serve you. Contact one of our offices or send us a message.



**Corporate Headquarters**

4520 Seedling Circle
Tampa, FL 33614
Contacts: Carl Turro / Neil Heath
Phone: 813.877.2844
Toll Free: 800.587.3357



**Northeast Region**

320 Carleton Avenue, Suite 2600
Central Islip, NY 11722
Contacts: Carl Turro / Neil Heath
Phone: 631.666.6168



**Midwest Region**

1 East 22nd Street Suite 120
Lombard, IL 60148
Contacts: Carl Turro / Neil Heath
Phone: 630.833.5850

© 2019 ProVest LLC. All Rights Reserved.

ProVest Services LLC - Florida Private Investigative Agency No. A 2600336 - ProVest Litigation Services LLC - NV PILB License # 2394C