# Foreclosure Process Server Firm to Pay Thousands for "Sewer Service"

By News Service of Florida - August 4, 2012



A company accused of improperly serving papers in foreclosure cases will not only change its practices but pay $462,500 to the Florida Bar Foundation for a legal aid program that helps low-income families facing foreclosure.

Attorney General Pam Bondi, who investigated the company, ProVest, LLC, announced the settlement Friday.



ProVest is one of Florida's largest process server firms.

"This settlement is another important step in ensuring the integrity of the mortgage foreclosure process in Florida," Bondi said in a statement. "This agreement will help ensure the fair administration of foreclosure cases filed in our state."

ProVest cooperated with the Attorney General's Office and has agreed to improve training and conduct audits to detect irregularities in the process.

**News Service of Florida**