UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
CARLOS FLORES, :
:
Plaintiff, :
: 19-CV-4494 (VSB)
-against- :
: **ORDER**
FORSTER & GARBUS LLP, et al., :
:
Defendants. :
:
----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On February 5, 2020, Plaintiff filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). Accordingly, it is hereby:

ORDERED that Defendant Provest LLC's motion to dismiss, (Doc. 43), is DENIED as moot without prejudice to refile in accordance with Federal Rule of Civil Procedure 15(a)(3).

The Clerk of Court is respectfully directed to terminate the open motion at Document 43.

SO ORDERED.

Dated: February 11, 2020
New York, New York

Vernon S. Broderick
United States District Judge